# United States District Court
# Central District of California

| | |
|---|---|
| BEAZLEY INSURANCE COMPANY, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>iVISION MOBILE, INC.,<br><br>             Defendant, | Case No. 2:14-cv-01620-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

Plaintiff Beazley Insurance Company filed a Notice of Settlement of this case on August 20, 2014. (ECF No. 8.) Accordingly, the Court **ORDERS** Beazley to **SHOW CAUSE**, in writing, **no later than Friday, October 17, 2014**, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a voluntary dismissal. All other dates in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

August 20, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**